**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendant Canyon Hills*
*Landscaping Maintenance Association, Inc.*



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST 100, LLC; BRADLEY L. FOOTE; STEPHEN B. KEHRES; CANYON HILLS LANDSCAPING MAINTENANCE ASSOCIATION, INC.,<br><br>Defendants. | Case No. 3:17-cv-00062-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR CANYON HILLS LANDSCAPING MAINTENANCE ASSOCIATION, INC. TO FILE RESPONSE TO WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT [ECF No. 50]**<br><br>**(First Request)** |
| BRADLEY L. FOOTE; STEPHEN B. KEHRES.<br><br>Counterclaimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4,<br><br>Counterdefendant. | |
| BRADLEY L. FOOTE; STEPHEN B. KEHRES,<br><br>Third-Party Plaintiffs, | |

1

vs.

OMNI FINANCIAL, LLC, a California limited liability company; and COLGAN FINANCIAL GROUP, INC., a Connecticut corporation,

Third-Party Defendants.

Defendant Canyon Hills Landscaping Maintenance Association, Inc. ("Canyon Hills") and plaintiff/counter-defendant Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 ("Wells Fargo") (collectively, the "Parties"), by and through their undersigned counsels of record, hereby stipulate and agree to an extension of time for Canyon Hills to file a response to Wells Fargo's Motion for Summary Judgment [ECF No. 50] (the "Motion"), filed on May 29, 2018, as follows:

1. The last day for Canyon Hills to file a Response to the Motion is June 19, 2018.

2. Counsel for Canyon Hills is traveling outside the country until July 2, 2018, and will have limited access to the internet and files necessary to prepare a response to the Motion.

3. There is currently no hearing on the Motion scheduled in this matter.

4. This is the Parties' first request for an extension of time to file a response to Wells Fargo's Motion.

5. The Parties respectfully submit that good cause exists for such extension and that this request is not brought for any improper purpose or for purposes of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. Pursuant to LR IA 6-1, and subject to the approval of the Court, the Parties stipulate and agree that Canyon Hills shall have up to and until July 6, 2018 to file a response to the Motion.

DATED this _19th day of June, 2018.　　　　DATED this 19th_ day of June, 2018.

WRIGHT, FINLAY & ZAK, LLP　　　　　　TYSON & MENDES LLP

*/s/ Krista J. Nielson*　　　　　　　　　　　*/s/ Christopher A. Lund*
CHRISTINA V. MILLER　　　　　　　　　　THOMAS E. MCGRATH
Nevada Bar No. 12448　　　　　　　　　　　Nevada Bar No. 7086
KRISTA J. NIELSON　　　　　　　　　　　　CHRISTOPHER A. LUND
Nevada Bar No. 10698　　　　　　　　　　　Nevada Bar No. 12435
7785 West Sahara Avenue, Suite 200　　　　　3960 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89117　　　　　　　　　　　 Las Vegas, Nevada 89169
Tel: (702) 475-7964　　　　　　　　　　　　Tel: (702) 724-2648
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*　*Attorneys for Defendant Canyon Hills Landscaping Maintenance Association, Inc.*

## **ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that defendant Canyon Hills Landscaping Maintenance Association, Inc. shall have up to and until July 6, 2018 to file a response to Wells Fargo Bank, N.A.'s Motion for Summary Judgment [ECF No. 50].

**IT IS SO ORDERED.**

DATED this __20th_ day of __June_____ 2018.

_____
UNITED STATED DISTRICT JUDGE