| | |
|---|---|
| 1  WRIGHT, FINLAY & ZAK, LLP | |
| Christina V. Miller, Esq. | |
| 2  Nevada Bar No. 12448 | |
| Krista J. Nielson, Esq. | |
| 3  Nevada Bar No. 10698 | |
| 4  7785 W. Sahara Ave., Suite 200 | |
| Las Vegas, NV 89117 | |
| 5  (702) 475-7964; Fax: (702) 946-1345 | |
| cmiller@wrightlegal.net | |
| 6  knielson@wrightlegal.net | |
| 7  *Attorneys for Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, | Case No.: 3:17-cv-00062-MMD-WGC  **STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**  **(FIRST REQUEST)** |
| Plaintiff, | |
| vs. | |
| FIRST 100, LLC; BRADLEY L. FOOTE; STEPHEN B. KEHRES; CANYON HILLS LANDSCAPING MAINTENANCE ASSOCIATION, INC., | |
| Defendants. | |
| BRADLEY L. FOOTE; STEPHEN B. KEHRES, | |
| Counterclaimant, | |
| vs. | |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH | |

| | |
|---|---|
| CERTIFICATES SERIES 2005-WHQ4, | |
| Counter-Defendant. | |
| BRADLEY L. FOOTE; STEPHEN B. KEHRES, | |
| Third Party Plaintiffs, | |
| vs. | |
| OMNI FINANCIAL, LLC, a California Limited Liability Company; and COLGAN FINANCIAL GROUP, INC., a Connecticut corporation, | |
| Third Party Defendants. | |

**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 ("Wells Fargo"), and Third Party Defendant, Omni Financial, LLC ("Omni") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 29, 2018, Wells Fargo filed its Motion for Summary Judgment [ECF No. 50]. Omni filed its Opposition to Wells Fargo's Motion for Summary Judgment [ECF No. 53] on June 19, 2018. Presently, Wells Fargo's Reply in Support of its Motion for Summary Judgment is due by July 3, 2018. The Parties have discussed extending the deadline for Wells Fargo to file its Reply.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Wells Fargo to file its Reply to July 17, 2018.

///

///

///

///

This is the first stipulation for extension of time for Wells Fargo to file its Reply in Support of its Motion for Summary Judgment. The parties are requesting an extension of the deadline so that the parties have additional time to fully brief the Court in this matter. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

| | |
|---|---|
| DATED this ____ day of July, 2018.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this ____ day of July, 2018.<br>HOWARD & HOWARD ATTORNEYS PLLC |
| Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4* | Robert Hernquist, Esq.<br>Nevada Bar No. 10616<br>Brian J. Pezzillo, Esq.<br>Nevada Bar No. 7136<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br>*Attorneys for Third Part Defendant, Omni Financial, LLC* |

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

Dated: July 2, 2018