WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST 100, LLC; BRADLEY L. FOOTE; STEPHEN B. KEHRES; CANYON HILLS LANDSCAPING MAINTENANCE ASSOCIATION, INC.,<br><br>Defendants.<br><br>BRADLEY L. FOOTE; STEPHEN B. KEHRES,<br><br>Counterclaimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH | Case No.: 3:17-cv-00062-MMD-WGC<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| CERTIFICATES SERIES 2005-WHQ4, | |
| Counter-Defendant. | |
| BRADLEY L. FOOTE; STEPHEN B. KEHRES, | |
| Third Party Plaintiffs, | |
| vs. | |
| OMNI FINANCIAL, LLC, a California Limited Liability Company; and COLGAN FINANCIAL GROUP, INC., a Connecticut corporation, | |
| Third Party Defendants. | |

**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 ("Wells Fargo"), and Defendant, Canyon Hills Landscaping Maintenance Association, Inc. ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 29, 2018, Wells Fargo filed its Motion for Summary Judgment [ECF No. 50]. HOA filed its Response to Wells Fargo's Motion for Summary Judgment [ECF No. 57] on July 6, 2018. Presently, Wells Fargo's Reply in Support of its Motion for Summary Judgment is due by July 20, 2018.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Wells Fargo to file its Reply to August 3, 2018.

///
///
///
///
///

This is the first stipulation for extension of time for Wells Fargo to file its Reply to HOA's Response. The parties are requesting an extension of the deadline so that the parties have additional time to fully brief the Court in this matter. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 18th day of July, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Wells Fargo Bank, N.A., as Trustee for the Pooling and Servicing Agreement Dated as of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

DATED this 18th day of July, 2018.
TYSON & MENDES LLP

*/s/ Christopher A. Lund*
Christopher A. Lund, Esq.
Nevada Bar No. 12435
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant, Canyon Hills Landscaping Maintenance Association, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED: July 19, 2018