ADAM PAUL LAXALT
  Attorney General
Natasha Gebrael (Bar. No. 14367)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101
(702) 486-2625 (phone)
(702) 486-2377 (fax)
NGebrael@ag.nv.gov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4,<br><br>    Plaintiffs,<br>vs.<br><br>FIRST 100, LLC; BRADLEY L. FOOTE; STEPHEN B. KEHRES; CANYON HILLS LANDSCAPING MAINTENANCE ASSOCIATION, INC.,,<br><br>    Defendants. | Case No. 3:17-cv-00062-MMD-WGC<br>**ORDER GRANTING MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** |

    Natasha Mary Gebrael (Attorney Gebrael) hereby moves this Court for an order removing her from the electronic service list as Attorney for Plaintiff Wells Fargo

    Attorney Gebrael was previously employed by Wright, Finlay & Zak, LLP, but has not been employed by this firm or involved in this case since 2017. As a result, Attorney Gebrael respectfully requests that she be removed from the electronic service list for this case.

///

///

///

///

1 | The instant motion is filed for the sole purpose of requesting removal of only Attorney Gebrael
2 | from the electronic service list for this case. The specific e-mail address is as follows:
3 |     (1) NGebrael@ag.nv.gov (and affiliated e-mail addresses jross@ag.nv.gov,
4 | kplett@ag.nv.gov, mlandreth@ag.nv.gov, and rcarreau@ag.nv.gov).

DATED this 20th day of July 2018.

                                    Submitted by:

                                      ADAM PAUL LAXALT
                                    Attorney General

                                    By:    /s/ Natasha Gebrael
                                              Natasha M. Gebrael (Bar. No. 14367)
                                              Deputy Attorney General

**IT IS SO ORDERED.**

DATED: July 20, 2018

                                                /s/ William G. Cobb
                                                UNITED STATES MAGISTRATE JUDGE