UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1 2005 PARK PLACE SECURITIES, INC. ASSET BACKED PASS THROUGH CERTIFICATES SERIES 2005-WHQ4,<br><br>Plaintiff,<br>v.<br>FIRST 100, LLC, *et al.*,<br><br>Defendants.<br>AND ALL RELATED ACTIONS | Case No. 3:17-cv-00062-MMD-WGC<br><br>ORDER |

The Court previously ordered Defendants, Counterclaimants, and Third Party Plaintiffs, Bradley L. Foote and Stephen B. Kehres ("Buyers") to show cause why their counterclaims and third-party claims should not be dismissed ("OSC"). (ECF No. 67.) Buyers timely responded to the Court's OSC indicating they do not oppose the dismissal of their counterclaims and third party claims in this action. (ECF No. 68.)

It is therefore ordered that all of Buyer's counterclaims and third party claims are dismissed without prejudice.

As this order resolves all remaining issues in this case, the Clerk of Court is directed to enter judgement in line with both this order, and the Court's prior order granting Plaintiff's motion for summary judgment (ECF No. 65 at 9), and close this case.

///

///

///

DATED THIS 15th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE